**GRAYSON CARTER & SON CONTRACTING, INC.**  30031

Joshua J. Stanford

Employee ID: JJ Stanford  
Social Sec # xxx-xx-5604

|  | This Check | Year to Date |  |
|---|---|---|---|
| Gross | 1,364.47 | 16,373.64 | Salary |
| Fed Income | -165.25 | -1,983.00 |  |
| Soc Sec | -76.08 | -912.96 |  |
| Medicare | -17.79 | -213.48 |  |
| State | -46.91 | -562.92 |  |
| Emp Loan |  | 13,900.00 |  |
| BCBS | -137.30 | -1,647.60 |  |
| SIMPLE | -40.93 | -491.16 |  |

Total 1,364.47

Net Check: $880.21     Total     1,364.47

Pay Period Beginning: Mar 11, 2019  
Pay Period Ending: Mar 17, 2019  
Check Date: 3/18/19  
Weeks in Pay Period: 1

---

**GRAYSON CARTER & SON CONTRACTING, INC.**  30180

Joshua J. Stanford

Employee ID: JJ Stanford  
Social Sec # xxx-xx-5604

|  | This Check | Year to Date |  |
|---|---|---|---|
| Gross | 1,364.47 | 15,009.17 | Salary |
| Fed Income | -165.25 | -1,817.75 |  |
| Soc Sec | -76.08 | -836.88 |  |
| Medicare | -17.79 | -195.69 |  |
| State | -46.91 | -516.01 |  |
| Emp Loan |  | 13,900.00 |  |
| BCBS | -137.30 | -1,510.30 |  |
| SIMPLE | -40.93 | -450.23 |  |

Total 1,364.47

Net Check: $880.21     Total     1,364.47

Pay Period Beginning: Mar 4, 2019  
Pay Period Ending: Mar 10, 2019  
Check Date: 3/11/19  
Weeks in Pay Period: 1

---

**GRAYSON CARTER & SON CONTRACTING, INC.**  30084

Joshua J. Stanford

Employee ID: JJ Stanford  
Social Sec # xxx-xx-5604

|  | This Check | Year to Date |  |
|---|---|---|---|
| Gross | 1,364.47 | 13,644.70 | Salary |
| Fed Income | -165.25 | -1,652.50 |  |
| Soc Sec | -76.08 | -760.80 |  |
| Medicare | -17.79 | -177.90 |  |
| State | -46.91 | -469.10 |  |
| Emp Loan |  | 13,900.00 |  |
| BCBS | -137.30 | -1,373.00 |  |
| SIMPLE | -40.93 | -409.30 |  |

Total 1,364.47

Net Check: $880.21     Total     1,364.47

Pay Period Beginning: Feb 25, 2019  
Pay Period Ending: Mar 3, 2019  
Check Date: 3/4/19  
Weeks in Pay Period: 1

|  | This Check | Year to Date |  |  | Total |
|---|---|---|---|---|---|
| Gross | 1,364.47 | 10,915.76 | Salary |  | 1,364.47 |
| Fed Income | -165.25 | -1,322.00 |  |  |  |
| Soc Sec | -76.08 | -608.64 |  |  |  |
| Medicare | -17.79 | -142.32 |  |  |  |
| State | -46.91 | -375.28 |  |  |  |
| Emp Loan |  | 13,900.00 |  |  |  |
| BCBS | -137.30 | -1,098.40 |  |  |  |
| SIMPLE | -40.93 | -327.44 |  |  |  |

Net Check: $880.21                                   Total                                                                 1,364.47
Pay Period Beginning: Feb 11, 2019                                        Check Date: 2/18/19
Pay Period Ending: Feb 17, 2019                                           Weeks in Pay Period: 1

---

**GRAYSON CARTER & SON CONTRACTING, INC.**                                                              29727

Joshua J. Stanford                                              Employee ID: JJ Stanford
                                                                Social Sec # xxx-xx-5604

|  | This Check | Year to Date |  |  | Total |
|---|---|---|---|---|---|
| Gross | 1,364.47 | 9,551.29 | Salary |  | 1,364.47 |
| Fed Income | -165.25 | -1,156.75 |  |  |  |
| Soc Sec | -76.08 | -532.56 |  |  |  |
| Medicare | -17.79 | -124.53 |  |  |  |
| State | -46.91 | -328.37 |  |  |  |
| Emp Loan |  | 13,900.00 |  |  |  |
| BCBS | -137.30 | -961.10 |  |  |  |
| SIMPLE | -40.93 | -286.51 |  |  |  |

Net Check: $880.21                                   Total                                                                 1,364.47
Pay Period Beginning: Feb 4, 2019                                         Check Date: 2/11/19
Pay Period Ending: Feb 10, 2019                                           Weeks in Pay Period: 1

---

**GRAYSON CARTER & SON CONTRACTING, INC.**                                                              29615

Joshua J. Stanford                                              Employee ID: JJ Stanford
                                                                Social Sec # xxx-xx-5604

|  | This Check | Year to Date |  |  | Total |
|---|---|---|---|---|---|
| Gross | 1,364.47 | 8,186.82 | Salary |  | 1,364.47 |
| Fed Income | -165.25 | -991.50 |  |  |  |
| Soc Sec | -76.08 | -456.48 |  |  |  |
| Medicare | -17.79 | -106.74 |  |  |  |
| State | -46.91 | -281.46 |  |  |  |
| Emp Loan |  | 13,900.00 |  |  |  |
| BCBS | -137.30 | -823.80 |  |  |  |
| SIMPLE | -40.93 | -245.58 |  |  |  |

Net Check: $880.21                                   Total                                                                 1,364.47
Pay Period Beginning: Jan 28, 2019                                        Check Date: 2/4/19
Pay Period Ending: Feb 3, 2019                                            Weeks in Pay Period: 1

**GRAYSON CARTER & SON CONTRACTING, INC.**

Joshua J. Stanford

Employee ID: JJ Stanford
Social Sec # xxx-xx-5604

|  | This Check | Year to Date |  |
|---|---|---|---|
| Gross | 1,364.47 | 6,822.35 | Salary |
| Fed Income | -165.25 | -826.25 | |
| Soc Sec | -76.08 | -380.40 | |
| Medicare | -17.79 | -88.95 | |
| State | -46.91 | -234.55 | |
| Emp Loan |  | 13,900.00 | |
| BCBS | -137.30 | -686.50 | |
| SIMPLE | -40.93 | -204.65 | |

Total: 1,364.47

Net Check: $880.21  Total  1,364.47

Pay Period Beginning: Jan 21, 2019
Pay Period Ending: Jan 27, 2019

Check Date: 1/28/19
Weeks in Pay Period: 1

---

**GRAYSON CARTER & SON CONTRACTING, INC.**                                 29424

Joshua J. Stanford

Employee ID: JJ Stanford
Social Sec # xxx-xx-5604

|  | This Check | Year to Date |  |
|---|---|---|---|
| Gross | 1,364.47 | 5,457.88 | Salary |
| Fed Income | -165.25 | -661.00 | |
| Soc Sec | -76.08 | -304.32 | |
| Medicare | -17.79 | -71.16 | |
| State | -46.91 | -187.64 | |
| Emp Loan |  | 13,900.00 | |
| BCBS | -137.30 | -549.20 | |
| SIMPLE | -40.93 | -163.72 | |

Total: 1,364.47

Net Check: $880.21  Total  1,364.47

Pay Period Beginning: Jan 14, 2019
Pay Period Ending: Jan 20, 2019

Check Date: 1/21/19
Weeks in Pay Period: 1

---

**GRAYSON CARTER & SON CONTRACTING, INC.**                                 29257

Joshua J. Stanford

Employee ID: JJ Stanford
Social Sec # xxx-xx-5604

|  | This Check | Year to Date |  |
|---|---|---|---|
| Gross | 1,364.47 | 4,093.41 | Salary |
| Fed Income | -165.25 | -495.75 | |
| Soc Sec | -76.08 | -228.24 | |
| Medicare | -17.79 | -53.37 | |
| State | -46.91 | -140.73 | |
| Emp Loan |  | 13,900.00 | |
| BCBS | -137.30 | -411.90 | |
| SIMPLE | -40.93 | -122.79 | |

Total: 1,364.47

Net Check: $880.21  Total  1,364.47

Pay Period Beginning: Jan 7, 2019
Pay Period Ending: Jan 13, 2019

Check Date: 1/14/19
Weeks in Pay Period: 1

**GRAYSON CARTER & SON CONTRACTING, INC.**                                                          29155

  Joshua J. Stanford                                              Employee ID: JJ Stanford
                                                                  Social Sec # xxx-xx-5604

|              | This Check | Year to Date |        |          | Total    |
|--------------|-----------:|-------------:|--------|----------|---------:|
| Gross        | 1,364.47   | 2,728.94     | Salary |          | 1,364.47 |
| Fed Income   | -165.25    | -330.50      |        |          |          |
| Soc Sec      | -76.08     | -152.16      |        |          |          |
| Medicare     | -17.79     | -35.58       |        |          |          |
| State        | -46.91     | -93.82       |        |          |          |
| Emp Loan     |            | 13,900.00    |        |          |          |
| BCBS         | -137.30    | -274.60      |        |          |          |
| SIMPLE       | -40.93     | -81.86       |        |          |          |

Net Check:           $880.21                       Total                                1,364.47
     Pay Period Beginning: Dec 31, 2018                           Check Date: 1/7/19
     Pay Period Ending: Jan 6, 2019                               Weeks in Pay Period: 1

---

**GRAYSON CARTER & SON CONTRACTING, INC.**                                                          29016

  Joshua J. Stanford                                              Employee ID: JJ Stanford
                                                                  Social Sec # xxx-xx-5604

|              | This Check | Year to Date |        |          | Total    |
|--------------|-----------:|-------------:|--------|----------|---------:|
| Gross        | 1,364.47   | 1,364.47     | Salary |          | 1,364.47 |
| Fed Income   | -165.25    | -165.25      |        |          |          |
| Soc Sec      | -76.08     | -76.08       |        |          |          |
| Medicare     | -17.79     | -17.79       |        |          |          |
| State        | -46.91     | -46.91       |        |          |          |
| Emp Loan     |            | 13,900.00    |        |          |          |
| BCBS         | -137.30    | -137.30      |        |          |          |
| SIMPLE       | -40.93     | -40.93       |        |          |          |

Net Check:           $880.21                       Total                                1,364.47
     Pay Period Beginning: Dec 24, 2018                           Check Date: 1/1/19
     Pay Period Ending: Dec 30, 2018                              Weeks in Pay Period: 1

---

**GRAYSON CARTER & SON CONTRACTING, INC.**                                                          28796

  Joshua J. Stanford                                              Employee ID: JJ Stanford
                                                                  Social Sec # xxx-xx-5604

|              | This Check | Year to Date |        |          | Total    |
|--------------|-----------:|-------------:|--------|----------|---------:|
| Gross        | 1,364.47   | 68,223.50    | Salary |          | 1,364.47 |
| Fed Income   | -167.23    | -9,635.14    |        |          |          |
| Soc Sec      | -76.08     | -4,051.16    |        |          |          |
| Medicare     | -17.79     | -947.37      |        |          |          |
| State        | -46.82     | -2,519.34    |        |          |          |
| Emp Loan     |            | 15,900.00    |        |          |          |
| BCBS         | -137.30    | -2,882.34    |        |          |          |
| Uniforms     |            | -44.00       |        |          |          |
| SIMPLE       | -40.93     | -1,023.25    |        |          |          |

Net Check:           $878.32                       Total                                1,364.47
     Pay Period Beginning: Dec 10, 2018                           Check Date: 12/17/18
     Pay Period Ending: Dec 16, 2018                              Weeks in Pay Period: 1

**GRAYSON CARTER & SON CONTRACTING, INC.**                                                                                                28701

    Joshua J. Stanford

                Employee ID: JJ Stanford
                Social Sec # xxx-xx-5604

|            | This Check | Year to Date |        |          | Total     |
|------------|-----------:|-------------:|--------|----------|----------:|
| Gross      | 1,364.47   | 66,859.03    | Salary |          | 1,364.47  |
| Fed Income | -167.23    | -9,467.91    |        |          |           |
| Soc Sec    | -76.08     | -3,975.08    |        |          |           |
| Medicare   | -17.79     | -929.58      |        |          |           |
| State      | -46.82     | -2,472.52    |        |          |           |
| Emp Loan   |            | 15,900.00    |        |          |           |
| BCBS       | -137.30    | -2,745.04    |        |          |           |
| Uniforms   |            | -44.00       |        |          |           |
| SIMPLE     | -40.93     | -982.32      |        |          |           |

Net Check:       $878.32               Total               1,364.47

    Pay Period Beginning: Dec 3, 2018                 Check Date: 12/10/18
    Pay Period Ending: Dec 9, 2018                 Weeks in Pay Period: 1

---

**GRAYSON CARTER & SON CONTRACTING, INC.**                                                                                                28605

    Joshua J. Stanford

                Employee ID: JJ Stanford
                Social Sec # xxx-xx-5604

|            | This Check | Year to Date |        |          | Total     |
|------------|-----------:|-------------:|--------|----------|----------:|
| Gross      | 1,364.47   | 65,494.56    | Salary |          | 1,364.47  |
| Fed Income | -167.23    | -9,300.68    |        |          |           |
| Soc Sec    | -76.08     | -3,899.00    |        |          |           |
| Medicare   | -17.79     | -911.79      |        |          |           |
| State      | -46.82     | -2,425.70    |        |          |           |
| Emp Loan   |            | 15,900.00    |        |          |           |
| BCBS       | -137.30    | -2,607.74    |        |          |           |
| Uniforms   |            | -44.00       |        |          |           |
| SIMPLE     | -40.93     | -941.39      |        |          |           |

Net Check:       $878.32               Total               1,364.47

    Pay Period Beginning: Nov 26, 2018                 Check Date: 12/3/18
    Pay Period Ending: Dec 2, 2018                 Weeks in Pay Period: 1

---

**GRAYSON CARTER & SON CONTRACTING, INC.**                                                                                                28485

    Joshua J. Stanford

                Employee ID: JJ Stanford
                Social Sec # xxx-xx-5604

|            | This Check | Year to Date |        |          | Total     |
|------------|-----------:|-------------:|--------|----------|----------:|
| Gross      | 1,364.47   | 64,130.09    | Salary |          | 1,364.47  |
| Fed Income | -167.23    | -9,133.45    |        |          |           |
| Soc Sec    | -76.08     | -3,822.92    |        |          |           |
| Medicare   | -17.79     | -894.00      |        |          |           |
| State      | -46.82     | -2,378.88    |        |          |           |
| Emp Loan   |            | 15,900.00    |        |          |           |
| BCBS       | -137.30    | -2,470.44    |        |          |           |
| Uniforms   |            | -44.00       |        |          |           |
| SIMPLE     | -40.93     | -900.46      |        |          |           |

Net Check:       $878.32               Total               1,364.47

    Pay Period Beginning: Nov 19, 2018                 Check Date: 11/26/18
    Pay Period Ending: Nov 25, 2018                Weeks in Pay Period: 1

GRAYSON CARTER & SON CONTRACTING, INC.                                        28373

Joshua J. Stanford                                      Employee ID: JJ Stanford
                                                        Social Sec # xxx-xx-5604
                                                                                        Total
              This Check      Year to Date                                           1,364.47
Gross         1,364.47        62,765.62   Salary
Fed Income    -167.23         -8,966.22
Soc Sec       -76.08          -3,746.84
Medicare      -17.79          -876.21
State         -46.82          -2,332.06
Emp Loan                      15,900.00
BCBS          -137.30         -2,333.14
Uniforms                      -44.00
SIMPLE        -40.93          -859.53


Net Check:          $878.32                Total                                     1,364.47
        Pay Period Beginning: Nov 12, 2018                       Check Date: 11/19/18
        Pay Period Ending: Nov 18, 2018                          Weeks in Pay Period: 1

---

GRAYSON CARTER & SON CONTRACTING, INC.                                        28212

Joshua J. Stanford                                      Employee ID: JJ Stanford
                                                        Social Sec # xxx-xx-5604
                                                                                        Total
              This Check      Year to Date                                           1,364.47
Gross         1,364.47        61,401.15   Salary
Fed Income    -167.23         -8,798.99
Soc Sec       -76.08          -3,670.76
Medicare      -17.79          -858.42
State         -46.82          -2,285.24
Emp Loan                      15,900.00
BCBS          -137.30         -2,195.84
Uniforms                      -44.00
SIMPLE        -40.93          -818.60


Net Check:          $878.32                Total                                     1,364.47
        Pay Period Beginning: Nov 5, 2018                        Check Date: 11/12/18
        Pay Period Ending: Nov 11, 2018                          Weeks in Pay Period: 1

---

GRAYSON CARTER & SON CONTRACTING, INC.                                        27746

Joshua J. Stanford                                      Employee ID: JJ Stanford
                                                        Social Sec # xxx-xx-5604
                                                                                        Total
              This Check      Year to Date                                           1,364.47
Gross         1,364.47        55,943.27   Salary
Fed Income    -167.23         -8,130.07
Soc Sec       -76.08          -3,366.44
Medicare      -17.79          -787.26
State         -46.82          -2,097.96
Emp Loan                      15,900.00
BCBS          -137.30         -1,646.64
Uniforms                      -44.00
SIMPLE        -40.93          -654.88


Net Check:          $878.32                Total                                     1,364.47
        Pay Period Beginning: Oct 8, 2018                        Check Date: 10/15/18
        Pay Period Ending: Oct 14, 2018                          Weeks in Pay Period: 1

**GRAYSON CARTER & SON CONTRACTING, INC.**  28001

Joshua J. Stanford

Employee ID: JJ Stanford
Social Sec # xxx-xx-5604

|  | This Check | Year to Date |  |
|---|---|---|---|
| Gross | 1,364.47 | 58,672.21 | Salary |
| Fed Income | -167.23 | -8,464.53 |  |
| Soc Sec | -76.08 | -3,518.60 |  |
| Medicare | -17.79 | -822.84 |  |
| State | -46.82 | -2,191.60 |  |
| Emp Loan |  | 15,900.00 |  |
| BCBS | -137.30 | -1,921.24 |  |
| Uniforms |  | -44.00 |  |
| SIMPLE | -40.93 | -736.74 |  |

Total 1,364.47

Net Check: $878.32     Total     1,364.47
Pay Period Beginning: Oct 22, 2018
Pay Period Ending: Oct 28, 2018
Check Date: 10/29/18
Weeks in Pay Period: 1

---

**GRAYSON CARTER & SON CONTRACTING, INC.**  27867

Joshua J. Stanford

Employee ID: JJ Stanford
Social Sec # xxx-xx-5604

|  | This Check | Year to Date |  |
|---|---|---|---|
| Gross | 1,364.47 | 57,307.74 | Salary |
| Fed Income | -167.23 | -8,297.30 |  |
| Soc Sec | -76.08 | -3,442.52 |  |
| Medicare | -17.79 | -805.05 |  |
| State | -46.82 | -2,144.78 |  |
| Emp Loan |  | 15,900.00 |  |
| BCBS | -137.30 | -1,783.94 |  |
| Uniforms |  | -44.00 |  |
| SIMPLE | -40.93 | -695.81 |  |

Total 1,364.47

Net Check: $878.32     Total     1,364.47
Pay Period Beginning: Oct 15, 2018
Pay Period Ending: Oct 21, 2018
Check Date: 10/22/18
Weeks in Pay Period: 1

---

**GRAYSON CARTER & SON CONTRACTING, INC.**  27519

Joshua J. Stanford

Employee ID: JJ Stanford
Social Sec # xxx-xx-5604

|  | This Check | Year to Date |  |
|---|---|---|---|
| Gross | 1,364.47 | 53,214.33 | Salary |
| Fed Income | -167.23 | -7,795.61 |  |
| Soc Sec | -76.08 | -3,214.28 |  |
| Medicare | -17.79 | -751.68 |  |
| State | -46.82 | -2,004.32 |  |
| Emp Loan |  | 15,900.00 |  |
| BCBS | -137.30 | -1,372.04 |  |
| Uniforms |  | -44.00 |  |
| SIMPLE | -40.93 | -573.02 |  |

Total 1,364.47

Net Check: $878.32     Total     1,364.47
Pay Period Beginning: Sep 24, 2018
Pay Period Ending: Sep 30, 2018
Check Date: 10/1/18
Weeks in Pay Period: 1